UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: OPPENHEIMER, JAMES H | § | Case No. 09-43177 |
| | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on November 13, 2009. The undersigned trustee was appointed on November 13, 2009.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554 An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of            $     163,861.89

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 56,295.00 |
   | Administrative expenses | 41,056.92 |
   | Bank service fees | 0.00 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 2,400.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1]    $ | 64,109.97 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (05/1/2011)

6. The deadline for filing non-governmental claims in this case was 04/26/2010 and the deadline for filing governmental claims was 04/26/2010. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $11,443.09. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $11,443.09, for a total compensation of $11,443.09.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/22/2011          By: /s/NORMAN NEWMAN
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

Case Number: 09-43177  
Case Name: OPPENHEIMER, JAMES H  

Trustee: (330560) NORMAN NEWMAN  
Filed (f) or Converted (c): 11/13/09 (f)  
§341(a) Meeting Date: 12/29/09  

Period Ending: 09/22/11  

Claims Bar Date: 04/26/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash on hand | 64.00 | 64.00 | | 0.00 | FA |
| 2 | Checking Accounts - Bank of America | 70.00 | 70.00 | | 0.00 | FA |
| 3 | Outstanding Security Deposit companies, landlord | 4,000.00 | 4,000.00 | | 0.00 | FA |
| 4 | Furniture | 850.00 | 0.00 | | 0.00 | FA |
| 5 | Ring 5 ct. | 30,000.00 | 30,000.00 | | 35,000.00 | FA |
| 6 | 1975 Porsche - race car | 25,000.00 | 25,000.00 | | 125,100.00 | FA |
| 7 | 2 original Santos paintings | 200.00 | 0.00 | | 0.00 | FA |
| 8 | Copy of Santos painting (home) | 30.00 | 0.00 | | 0.00 | FA |
| 9 | Random letters painting (home) | 50.00 | 0.00 | | 0.00 | FA |
| 10 | 2 Palace copies (home) | 125.00 | 0.00 | | 0.00 | FA |
| 11 | 2 painting of Mickey Mouse (home) | 50.00 | 0.00 | | 0.00 | FA |
| 12 | Original Mao painting | 10.00 | 0.00 | | 0.00 | FA |
| 13 | 2 original Boyd paintings (home) | 30.00 | 0.00 | | 0.00 | FA |
| 14 | Painting of man with green hair (home) | 30.00 | 0.00 | | 0.00 | FA |
| 15 | Photograph of Daffy Duck (home) | 5.00 | 0.00 | | 0.00 | FA |
| 16 | Marilyn Monroe copy (home) | 10.00 | 0.00 | | 0.00 | FA |
| 17 | Concert poster (home) | 10.00 | 0.00 | | 0.00 | FA |
| 18 | African mask (home) | 10.00 | 0.00 | | 0.00 | FA |
| 19 | Sculpture of large black man (home) | 10.00 | 0.00 | | 0.00 | FA |
| 20 | Bent chair (home) | 25.00 | 0.00 | | 0.00 | FA |
| 21 | Display faucets (home) | 20.00 | 0.00 | | 0.00 | FA |
| 22 | downstairs bedroom set and TV | 200.00 | 200.00 | | 249.99 | FA |
| 23 | May prints (home) | 20.00 | 20.00 | | 19.99 | FA |
| 24 | Books, movies, music | 100.00 | 0.00 | | 0.00 | FA |
| 25 | Model Cars | 100.00 | 0.00 | | 0.00 | FA |
| 26 | 3 original Buto paintings | 300.00 | 0.00 | | 0.00 | FA |
| 27 | 2 original Malinsky paintings | 50.00 | 0.00 | | 0.00 | FA |

Printed: 09/22/2011 02:47 PM  V.12.57

Exhibit A

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

Case Number: 09-43177  
Case Name: OPPENHEIMER, JAMES H  

Trustee: (330560) NORMAN NEWMAN  
Filed (f) or Converted (c): 11/13/09 (f)  
§341(a) Meeting Date: 12/29/09  

Period Ending: 09/22/11  

Claims Bar Date: 04/26/10  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 28 | Original Ron English paintings | 75.00 | 0.00 | | 0.00 | FA |
| 29 | Drawing by unknown artist | 5.00 | 0.00 | | 0.00 | FA |
| 30 | Hack Painting (home) | 10.00 | 0.00 | | 0.00 | FA |
| 31 | Lrg. Wintrough painting (home) | 350.00 | 0.00 | | 0.00 | FA |
| 32 | 4 African pots (home) | 40.00 | 0.00 | | 0.00 | FA |
| 33 | Sculpture of Shark/girl | 20.00 | 0.00 | | 0.00 | FA |
| 34 | Sculpture of 3 white men (home) | 25.00 | 0.00 | | 0.00 | FA |
| 35 | Sculpture of 3 brightly colored women | 50.00 | 0.00 | | 0.00 | FA |
| 36 | Sculpture of lrg. yellow woman (home) | 5.00 | 0.00 | | 0.00 | FA |
| 37 | Sculptures of hanging heads by C. Cutts | 25.00 | 0.00 | | 0.00 | FA |
| 38 | Sculpture of man with swim cap (home) | 10.00 | 0.00 | | 0.00 | FA |
| 39 | Pots with ceramic flowers | 10.00 | 0.00 | | 0.00 | FA |
| 40 | 2 glass dog sculptures | 25.00 | 0.00 | | 0.00 | FA |
| 41 | Sculpture of giraffes (home) | 5.00 | 0.00 | | 0.00 | FA |
| 42 | Sculpture of winged man (home) | 25.00 | 0.00 | | 0.00 | FA |
| 43 | Sculpture of thinking man (home) | 20.00 | 0.00 | | 0.00 | FA |
| 44 | Sculpture of striped dogs (home) | 40.00 | 0.00 | | 0.00 | FA |
| 45 | Sculpture of ship (home) | 70.00 | 0.00 | | 0.00 | FA |
| 46 | 5 Houser photographs (home) | 500.00 | 500.00 | | 499.95 | FA |
| 47 | 2 Pasche Litographs | 250.00 | 250.00 | | 899.98 | FA |
| 48 | Silk Screen Suck Cuts (home) | 200.00 | 200.00 | | 299.99 | FA |
| 49 | Leapfrog Painting (home) | 100.00 | 100.00 | | 0.00 | FA |
| 50 | Moore painting - grey landscape | 20.00 | 0.00 | | 0.00 | FA |
| 51 | Obama Poster | 5.00 | 0.00 | | 0.00 | FA |
| 52 | Green Sculpture with large feet | 50.00 | 50.00 | | 19.99 | FA |
| 53 | Paneri writ watch | 800.00 | 0.00 | | 0.00 | FA |
| 54 | Chrono watch | 1,000.00 | 1,000.00 | | 0.00 | FA |

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 3

Case Number: 09-43177  
Case Name: OPPENHEIMER, JAMES H  

Period Ending: 09/22/11

Trustee: (330560) NORMAN NEWMAN  
Filed (f) or Converted (c): 11/13/09 (f)  
§341(a) Meeting Date: 12/29/09  
Claims Bar Date: 04/26/10  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 55 | Chrono watch | 1,500.00 | 1,500.00 | | 139.99 | FA |
| 56 | Glycine watch | 1,200.00 | 1,200.00 | | 149.99 | FA |
| 57 | bicycle (home) | 125.00 | 0.00 | | 0.00 | FA |
| 58 | Camera (home) | 50.00 | 0.00 | | 0.00 | FA |
| 59 | Pistol | 100.00 | 100.00 | | 0.00 | FA |
| 60 | Weights and exercise equipment | 500.00 | 500.00 | | 1,086.00 | FA |
| 61 | Potential FDCPA claims | Unknown | Unknown | | 0.00 | FA |
| 62 | Breach of claim (employment contract) | Unknown | Unknown | | 0.00 | FA |
| 63 | Potential suit against Skyline Media Packaging | Unknown | Unknown | | 0.00 | FA |
| 64 | Set of Porsche wheels (home) | 100.00 | 100.00 | | 210.00 | FA |
| 65 | Computer | 100.00 | 0.00 | | 0.00 | FA |
| 66 | Downstairs coffee table (u) | 149.99 | 149.99 | | 149.99 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 36.03 | Unknown |
| 67 | Assets    Totals (Excluding unknown values) | $68,928.99 | $65,003.99 | | $163,861.89 | $0.00 |

**Major Activities Affecting Case Closing:**

Sold vehicle, diamond ring and miscellaneous personal property. Hired accountant to prepare tax returns.

**Initial Projected Date Of Final Report (TFR):** June 11, 2010  
**Current Projected Date Of Final Report (TFR):** September 30, 2011

Printed: 09/22/2011 02:47 PM    V.12.57

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

Case Number:    09-43177
Case Name:      OPPENHEIMER, JAMES H

Taxpayer ID #:  **-***5592
Period Ending:  09/22/11

Trustee:        NORMAN NEWMAN (330560)
Bank Name:      The Bank of New York Mellon
Account:        9200-******95-65 - Money Market Account
Blanket Bond:   $5,000,000.00  (per case limit)
Separate Bond:  N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|---|
| 05/25/10 | {5} | Trabert & Haeffer Jewels | Payment for Diamond Ring | | 1129-000 | 35,000.00 | | 35,000.00 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | | 1270-000 | 0.40 | | 35,000.40 |
| 06/30/10 | {6} | Chicago Liquidators Services, Inc. | Sale of Porsche | | 1129-000 | 125,100.00 | | 160,100.40 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | | 1270-000 | 2.01 | | 160,102.41 |
| 07/08/10 | {6} | Chicago Liquidators Services, Inc. | Non-Sufficient Funds | | 1129-000 | -125,100.00 | | 35,002.41 |
| 07/16/10 | {6} | Chicago Liquidators Services, Inc. | Replacement check for purchase of Porsche | | 1129-000 | 125,100.00 | | 160,102.41 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | | 1270-000 | 6.88 | | 160,109.29 |
| 08/11/10 | 1001 | Chicago Liquidators | Commission for Sale of Porsche Voided on 08/31/10 | | 3991-000 | | 12,510.00 | 147,599.29 |
| 08/11/10 | 1002 | James H. Oppenheimer | Post-petition storage fees regarding Porsche | | 2410-000 | | 550.00 | 147,049.29 |
| 08/11/10 | 1003 | Leslie Oppenheimer | 1/2 of the net proceeds re: sale of Porsche (Pursuant to Marital Settlement Agr.) | | 5100-000 | | 56,295.00 | 90,754.29 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | | 1270-000 | 7.68 | | 90,761.97 |
| 08/31/10 | 1001 | Chicago Liquidators | Commission for Sale of Porsche Voided: check issued on 08/11/10 | | 3991-000 | | -12,510.00 | 103,271.97 |
| 08/31/10 | 1004 | Chicago Liquidators | Commission for Sale of Porsche (Reissued) | | 3991-000 | | 12,510.00 | 90,761.97 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | | 1270-000 | 2.29 | | 90,764.26 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | | 1270-000 | 2.30 | | 90,766.56 |
| 11/05/10 | 1005 | James Oppenheimer | Claimed Exemption on Automobile | | 8100-000 | | 2,400.00 | 88,366.56 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | | 1270-000 | 2.19 | | 88,368.75 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | | 1270-000 | 2.25 | | 88,371.00 |
| 01/04/11 | 1006 | Chicago Liquidators Services, Inc. | Expenses Incurred from Sale of Personal Property | | 3991-320 | | 2,138.45 | 86,232.55 |
| 01/26/11 | 1007 | Much Shelist, et.al. | Interim Fees for the period 12/02/09 through 11/30/10 | | 3110-000 | | 25,498.00 | 60,734.55 |
| 01/26/11 | 1008 | Much Shelist, et.al. | Interim Expenses for the period 12/2/09 through 11/30/10 | | 3120-000 | | 299.66 | 60,434.89 |
| 01/27/11 | | Chicago Liquidators | Sale of Personal Property | | | 3,725.86 | | 64,160.75 |
| | {22} | | Sony TV | 249.99 | 1129-000 | | | 64,160.75 |
| | {66} | | Distressed coffee table | 149.99 | 1229-000 | | | 64,160.75 |
| | {46} | | Houser paintings | 499.95 | 1129-000 | | | 64,160.75 |
| | {47} | | Pasche litographs | 899.98 | 1129-000 | | | 64,160.75 |
| | {48} | | Silk screen cuts | 299.99 | 1129-000 | | | 64,160.75 |
| | {52} | | Green sculpture | 19.99 | 1129-000 | | | 64,160.75 |
| | {55} | | Chrono watch | 139.99 | 1129-000 | | | 64,160.75 |
| | {56} | | Glycine watch | 149.99 | 1129-000 | | | 64,160.75 |
| | {60} | | Weights/treadmill | 1,086.00 | 1129-000 | | | 64,160.75 |

Subtotals :    $163,851.86    $99,691.11

{} Asset reference(s)

Printed: 09/22/2011 02:47 PM    V.12.57

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 09-43177 | | Trustee: | NORMAN NEWMAN (330560) |
|---|---|---|---|---|
| Case Name: | OPPENHEIMER, JAMES H | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******95-65 - Money Market Account |
| Taxpayer ID #: | **-***5592 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 09/22/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| | {64} | | Wheels                    210.00 | 1129-000 | | | 64,160.75 |
| | {23} | | May print                  19.99 | 1129-000 | | | 64,160.75 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.12 | | 64,162.87 |
| 02/15/11 | 1009 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/15/2011 FOR CASE #09-43177, Bond #016026455 | 2300-000 | | 60.81 | 64,102.06 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.47 | | 64,103.53 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.63 | | 64,105.16 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.58 | | 64,106.74 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.63 | | 64,108.37 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.52 | | 64,108.89 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.54 | | 64,109.43 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.54 | | 64,109.97 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 163,861.89 | 99,751.92 | $64,109.97 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| Subtotal | 163,861.89 | 99,751.92 | |
| Less: Payments to Debtors | | 2,400.00 | |
| NET Receipts / Disbursements | $163,861.89 | $97,351.92 | |

Net Receipts : 163,861.89

Net Estate : $163,861.89

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # 9200-******95-65 | 163,861.89 | 97,351.92 | 64,109.97 |
| | $163,861.89 | $97,351.92 | $64,109.97 |

{} Asset reference(s)                                                                                           Printed: 09/22/2011 02:47 PM     V.12.57

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-43177
Case Name: OPPENHEIMER, JAMES H
Trustee Name: NORMAN NEWMAN

**Balance on hand:** $ 64,109.97

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 3 | Internal Revenue Service/Dept of Treasury | 21,161.44 | 21,161.44 | 0.00 | 21,161.44 |

Total to be paid to secured creditors: $ 21,161.44
Remaining balance: $ 42,948.53

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Norman B. Newman, Trustee | 11,443.09 | 0.00 | 11,443.09 |
| Attorney for Trustee, Fees - Much Shelist, et.al. | 32,534.00 | 25,498.00 | 7,036.00 |
| Attorney for Trustee, Expenses - Much Shelist, et.al. | 340.46 | 299.66 | 40.80 |
| Accountant for Trustee, Fees - FGMK, LLC | 2,412.00 | 0.00 | 2,412.00 |

Total to be paid for chapter 7 administration expenses: $ 20,931.89
Remaining balance: $ 22,016.64

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 22,016.64

UST Form 101-7-TFR (05/1/2011)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $169,070.65 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4 | Leslie Oppenheimer | 150,000.00 | 56,295.00 | 22,016.64 |
| 9P | Illinois Department of Revenue | 19,070.65 | 0.00 | 0.00 |

Total to be paid for priority claims: $ 22,016.64
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,441,621.77 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | The Leaders Bank | 674,456.00 | 0.00 | 0.00 |
| 2 | SF Video, Inc. | 235,981.15 | 0.00 | 0.00 |
| 5 | Illinois Department of Revenue | 3,303.71 | 0.00 | 0.00 |
| 6 | Fia Card Services, NA/Bank of America | 34,884.36 | 0.00 | 0.00 |
| 7 | Marci Forgrave | 492,996.55 | 0.00 | 0.00 |
| 8 | Flexible Staffing Services, Inc. | 0.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 2,149.60 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 9U | Illinois Department of Revenue | 2,149.60 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**