UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | Case No. 09-43177 |
| JAMES H. OPPENHEIMER, | ) | Hon. Carol A. Doyle |
| | ) | |
| Debtor. | ) | |

## APPLICATION OF TRUSTEE'S ATTORNEYS FOR THE ALLOWANCE OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES

Much Shelist Denenberg Ament & Rubenstein, P.C. ("Much Shelist"), through Norman B. Newman, one of its attorneys, and the Trustee herein (the "Trustee"), move this Court, pursuant to Sections 330 and 331 of the Bankruptcy Code and Local Bankruptcy Rule 5082-1, for the allowance of final compensation in the amount of $7,036.00 and reimbursement of expenses totaling $40.80 for services rendered during the period December 2, 2010 through July 25, 2011. In support of this application, Much Shelist states as follows:

1.  On November 13, 2009, the Debtor filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code. The Trustee was subsequently appointed, qualified and continues to serve as Trustee in this case.

2.  On January 5, 2010, an Order was entered authorizing the Trustee to employ Much Shelist as the Trustee's attorneys in this case, effective November 13, 2009.

3.  On January 25, 2011, this Court entered an Order awarding Much Shelist interim compensation in the amount of $25,498.00 plus reimbursement of out-of-pocket expenses in the amount of $299.66 for services rendered during the period December 2, 2009 through November 30, 2010.

4. Much Shelist has no agreement with any other firm or person whatsoever with regard to its compensation in this case.

5. Much Shelist is entitled to receive final compensation in the amount of $7,036.00 plus reimbursement of out-of-pocket expenses in the amount of $40.80 for services rendered during the period December 2, 2010 through July 25, 2011.

6. Much Shelist provided 13.70 hours of services on behalf of the Trustee during the time period covered by the application. The following is a summary of time expended, by individual, during the time period covered by this application.

| Attorney | Hours | Rate | Total |
| --- | --- | --- | --- |
| Norman B. Newman | 10.70 hrs. | $575.14/hr.* | $6,154.00 |
| Martin J. Wasserman | 3.00 hrs. | $294.00/hr.* | 882.00 |
| | | | |
| **TOTAL** | **13.70 hrs.** | | **$7,036.00** |

*During the time period covered by this application, the hourly rates of some of the individuals who provided services changed. The hourly rate reflected is an average rate.

7. Attached hereto as Exhibit "A" is a statement of legal services rendered. The services are listed chronologically and are separated by activity. Certain time entries could have been listed under a different activity, but there is no duplication of time entries. The services were rendered in connection with and in furtherance of assisting the Trustee in the performance of his duties as delineated by §704 of the Bankruptcy Code. This application complies with the standards enunciated in In re Continental Securities Litigation, 572 F. Supp. 931 (N.D. Ill. 1983) modified 692 F.2d 766 (7th Cir. 1992).

8. At all times relevant hereto, Much Shelist provided legal services in the most efficient and cost effective manner. Much Shelist's goal was to obtain a positive resolution of the matter at hand, while in the process minimizing the costs to the estate.

9. During the time period covered by this application, Much Shelist's attorneys have provided services to the Trustee with respect to the following matters:

A. **Tax Issues (Tab No. 1):** A total of 1.20 hours of time was spent corresponding with the Trustee's accountant regarding Debtor's 2009 tax returns, capital gain consequences involved with Trustee's sale of a race car and diamond ring; reviewing the final returns for the years 2010 – 2011 and preparing letter to taxing authorities requesting a prompt determination. The individual who provided services in connection with this matter and the time expended by his is as follows:

| Attorney | Hours | Rate | Total |
| --- | --- | --- | --- |
| Norman B. Newman | 1.20 hrs. | $595.00/hr. | $714.00 |
| | | | |
| **TOTAL** | **1.20 hrs.** | | **$714.00** |

B. **Fee Related Matters (Tab No. 2):** A total of 12.50 hours of time was expended by Much Shelist with regards with the preparation of pleadings and appearances in Court on the First Interim Application for Compensation and Reimbursement of Expense of Trustee's Attorneys as well as the Trustee's Motion to Pay Chicago Liquidators, Trustee's Sales Agent. The individuals who provided services in connection with this mater and the time expended by them are as follows:

| Attorney | Hours | Rate | Total |
| --- | --- | --- | --- |
| Norman B. Newman | 9.50 hrs. | $572.63/hr.* | $5,440.00 |
| Martin J. Wasserman | 3.00 hrs. | $294.00/hr.* | 882.00 |
| | | | |
| **TOTAL** | **12.50 hrs.** | | **$6,322.00** |

*During the time period covered by this application, the hourly rates of some of the individuals who provided services changed. The hourly rate reflected is an average rate.

10. During the time period covered by this application, Much Shelist incurred out-of-pocket expenses in the amount of $40.80. Attached hereto as Exhibit B is a detailed itemization

of expenses. The charge for photocopies is 10¢ per page. Much Shelist submits that these expenses were reasonable and necessary in connection with the services provided to the Trustee.

11. The services rendered by Much Shelist provided a benefit to the Trustee, to the Debtor and to the creditors of this estate, primarily the Debtor's former spouse, who received significant payments on account of her priority support claim and for her ownership interest in a Porsche race car.

**WHEREFORE**, Much Shelist Denenberg Ament & Rubenstein, P.C. respectfully requests that this Court enter an Order as follows:

1. Awarding Much Shelist final compensation in the amount of $7,036.00 plus reimbursement of out-of-pocket expenses in the amount of $40.80, for the period December 2, 2010 through July 25, 2011;

2. Authorizing the Trustee to pay Much Shelist the awarded compensation and expense reimbursement forthwith as an allowed Chapter 7 expense of administration of this estate; and

3. Granting such other and further relief as this Court deems just and appropriate.

Respectfully Submitted,

**Much Shelist Denenberg Ament & Rubenstein, P.C.**

By:   /s/ Norman B. Newman
      One of Its Attorneys

Norman B. Newman (Atty. ID#02045427)
**MUCH SHELIST DENENBERG**
**AMENT & RUBENSTEIN, P.C.**
191 N. Wacker Drive, Suite 1800
Chicago, IL 60606
(312) 521-2000