UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | Case No. 09-43177 |
| JAMES H. OPPENHEIMER, | ) | Hon. Carol A. Doyle |
| | ) | |
| Debtor. | ) | |

### APPLICATION OF TRUSTEE FOR AUTHORIZATION TO PAY FINAL COMPENSATION TO TRUSTEE'S ACCOUNTANTS

Norman B. Newman, Trustee herein (the "Trustee"), moves this Court for authorization to pay Norman Kellerman and FGMK, LLC ("FGMK, LLC"), the Trustee's accountants, final compensation under §§330 and 331 of the Bankruptcy Code and Bankruptcy Rule 2016. In support of his motion, the Trustee respectfully states as follows:

1. On November 13, 2009, Debtor filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code. The Trustee was subsequently appointed, qualified and continues to serve as Chapter 7 Trustee herein.

2. On August 10, 2010, this Court entered an Order authorizing the Trustee to employ FGMK, LLC as his accountants to prepare necessary tax returns and to provide any other accounting services needed by the Trustee.

3. Based on the time value of the services rendered, FGMK, LLC is entitled to receive final compensation in the amount of $2,412.00 for services rendered from July 7, 2010 through July 22, 2011.

4. FGMK, LLC expended 8.20 hours of services assisting the Trustee in reviewing the Debtor's financial information and prior year tax returns; compiled data and prepared federal and state tax returns for the years 2010-2011. A summary and a chronological statement of

services rendered is attached hereto as Exhibit "A". The individuals who provided accounting services and the time expended by them are as follows:

| Accountant | Hours Expended | Total |
|---|---|---|
| Norman Kellerman | 2.10 hrs. | $903.00 |
| Howard A. Stone | 1.80 hrs. | 711.00 |
| Ben Solon | 4.10 hrs. | 759.00 |
| Kate Grove | .20 hrs. | 39.00 |
| | | |
| **TOTAL:** | 8.20 hrs. | $2,412.00 |

**WHEREFORE**, The Trustee respectfully prays that this Court enter an Order as follows:

A. Awarding FGMK, LLC final compensation in the amount of $2,412.00 for services rendered from July 7, 2010 through July 22, 2011.

B. Authorizing the Trustee to pay same forthwith as a Chapter 7 expense of administration of this estate; and

C. Granting such other and further relief as this Court deems appropriate.

Respectfully submitted,

/s/ Norman B. Newman
Norman B. Newman, Chapter 7 Trustee
for James H. Oppenheimer

Norman B. Newman (Atty. ID# 02045427)
**Much Shelist Denenberg Ament
& Rubenstein, P.C.**
191 N. Wacker Drive
Suite 1800
Chicago, IL 60606
(312) 521-2000

2