UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | Case No. 09-43177 |
|---|---|---|
| JAMES H. OPPENHEIMER, | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that NORMAN NEWMAN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, 7th Floor, Chicago

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 10/25/2011 in Courtroom 742, United States Courthouse Courthouse, 219 S. Dearborn Street, Chicago, Illinois. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 09/23/2011     By:     /s/NORMAN NEWMAN
                                    Trustee

NORMAN NEWMAN
191 N. WACKER DRIVE
SUITE 1800
CHICAGO, IL  60606-1615
(312) 521-2000

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: OPPENHEIMER, JAMES H § Case No. 09-43177
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 163,861.89 |
| and approved disbursements of | $ | 99,751.92 |
| leaving a balance on hand of [1] | $ | 64,109.97 |
| **Balance on hand:** | $ | 64,109.97 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 3 | Internal Revenue Service/Dept of Treasury | 21,161.44 | 21,161.44 | 0.00 | 21,161.44 |

| | | |
|---|---|---|
| Total to be paid to secured creditors: | $ | 21,161.44 |
| Remaining balance: | $ | 42,948.53 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Norman B. Newman, Trustee | 11,443.09 | 0.00 | 11,443.09 |
| Attorney for Trustee, Fees - Much Shelist, et.al. | 32,534.00 | 25,498.00 | 7,036.00 |
| Attorney for Trustee, Expenses - Much Shelist, et.al. | 340.46 | 299.66 | 40.80 |
| Accountant for Trustee, Fees - FGMK, LLC | 2,412.00 | 0.00 | 2,412.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administration expenses: | $ | 20,931.89 |
| Remaining balance: | $ | 22,016.64 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 22,016.64

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $169,070.65 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4 | Leslie Oppenheimer | 150,000.00 | 56,295.00 | 22,016.64 |
| 9P | Illinois Department of Revenue | 19,070.65 | 0.00 | 0.00 |

Total to be paid for priority claims: $ 22,016.64
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,441,621.77 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | The Leaders Bank | 674,456.00 | 0.00 | 0.00 |
| 2 | SF Video, Inc. | 235,981.15 | 0.00 | 0.00 |
| 5 | Illinois Department of Revenue | 3,303.71 | 0.00 | 0.00 |
| 6 | Fia Card Services, NA/Bank of America | 34,884.36 | 0.00 | 0.00 |
| 7 | Marci Forgrave | 492,996.55 | 0.00 | 0.00 |
| 8 | Flexible Staffing Services, Inc. | 0.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 2,149.60 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 9U | Illinois Department of Revenue | 2,149.60 | 0.00 | 0.00 |

| | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | Total to be paid for subordinated claims: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

Prepared By: /s/NORMAN NEWMAN
Trustee

NORMAN NEWMAN
191 N. WACKER DRIVE
SUITE 1800
CHICAGO, IL 60606-1615
(312) 521-2000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

```
                            United States Bankruptcy Court
                            Northern District of Illinois

In re:                                                         Case No. 09-43177-CAD
James H Oppenheimer                                            Chapter 7
      Debtor               CERTIFICATE OF NOTICE

District/off: 0752-1          User: wepps              Page 1 of 2            Date Rcvd: Sep 26, 2011
                              Form ID: pdf006          Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 28, 2011.
db           +James H Oppenheimer,    420 W. Grand Ave. #2D,   Chicago, IL 60654-5736
aty          +Colleen E McManus,   Carlson Dash, LLC,   216 S. Jefferson,   Suite 504,   Chicago, IL 60661-5698
aty          +David P Leibowitz, ESQ,   Leibowitz Law Center,   420 Clayton Street,   Waukegan, IL 60085-4216
aty          +Martin J Wasserman,   Carlson Dash, LLC,   216 S. Jefferson,,   Suite 504,
               Chicago, IL 60661-5698
tr           +Norman B Newman,   Much Shelist Freed Denenberg,   191 North Wacker Drive Ste 1800,
               Chicago, IL 60606-1631
15463796     +Andrew D Arons,   Childress Duffy Goldblatt Ltd,   500 N Dearborn, Ste 1200,
               Chicago, IL 60654-8704
14723938      Bank of America,   P.O. Box 15019,   Wilmington, DE 19886-5019
14723939      Bank of America,   P.O. Box 650070,   Dallas, TX 75265-0070
14723940     +Beernan Swerdlove LLC,   161 N Clark Street,   Chicago, IL 60601-3297
14723941     +Capital One,   P.O. Box 6492,   Carol Stream, IL 60197-6492
15463797     +Flexible Staffing Services Inc,   10818 S Cicero,   Oak Tree Plaza,   Oak Lawn, IL 60453-5404
15457704     +Flexible Staffing Services, Inc.,   Andrew D Arons/Childress Duffy Goldblatt,
               500 N Dearborn, Ste 1200,   Chicago, IL 60654-8704
14723945      Illinois Department of Revenue,   Bankruptcy Section,   POB 64338,   Chicago, Illinois 60664-0338
14723946     +Internal Revenue Service/Dept of Treasury,   POB 7346,   Philadelphia, PA 19101-7346
15463795     +James Oppenheimer Jr,   440 S LaSalle, Ste 1741,   Chicago, IL 60605-1028
14723947     +Leslie Oppenheimer,   1115 W Schubert,   Chicago, IL 60614-1308
14723948     +Marc S. Lictman,   222 N. LaSalle St. Ste. 200,   Chicago, IL 60601-1114
15463798     +Marci Forgrave,   23679 Calabasas Rd, Ste 219,   Calabasas, CA 91302-1502
14723944      Marci Forgrave,   222 N LaSalle St, Ste 200,   Chicago, IL 60601-1114
14723949     +Mercedes Benz Financial,   P.O. Box 685,   Roanoke, TX 76262-0685
14723943     +Richard D. Doermer,   350 N. LaSalle St. Ste. 710,   Chicago, IL 60654-1668
14723950     +Richard Reeseman,   P.O. Box 2242,   Cuppertino, CA 95015-2242
14723951     +SF Video, Inc.,   c/o Adams Goodman/Goodman Law Offices,   105 W Madison St, Ste 400,
               Chicago, IL 60602-4678
14723952      State Disbursement Unit,   P.O. Box 5400,   Carol Stream, IL 60197-5400
15463799     +The Leaders Bank,   2001 York Road,   Oak Brook, IL 60523-8897
14723953     +The Leaders Bank,   c/o GoodMan Law Offices LLC,   105 W Madison St, Ste 400,
               Chicago, IL 60602-4678
14723954     +Trabert & Hoeffer,   111 East Oak Street,   Chicago, IL 60611-1202

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15447829      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 27 2011 03:58:23
               Fia Card Services, NA/Bank of America,   by American Infosource Lp As Its Agent,   PO Box 248809,
               Oklahoma City, OK   73124-8809
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14723942     ##+Coleman Law Firm,   77 W Wacker Drive,   Suite 4800,   Chicago, IL 60601-1664
                                                                                             TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1          User: wepps              Page 2 of 2             Date Rcvd: Sep 26, 2011
                              Form ID: pdf006          Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 28, 2011**                    **Signature:**   _Joseph Speetjens_