**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: OPPENHEIMER, JAMES H | § Case No. 09-43177 |
| | § |
| | § |
| Debtor(s) | § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    NORMAN NEWMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $0.00  
*(without deducting any secured claims)*

Assets Exempt: $5,900.00

Total Distribution to Claimants: $99,474.02

Claims Discharged
Without Payment: $1,462,842.02

Total Expenses of Administration: $61,988.81

---

    3) Total gross receipts of $ 163,862.83 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 2,400.00 (see **Exhibit 2**), yielded net receipts of $161,462.83 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $21,161.44 | $21,161.44 | $21,161.44 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 61,988.81 | 61,988.81 | 61,988.81 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 169,070.65 | 169,070.65 | 78,312.58 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 0.00 | 1,443,771.37 | 1,443,771.37 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $1,695,992.27 | $1,695,992.27 | $161,462.83 |

4) This case was originally filed under Chapter 7 on November 13, 2009. The case was pending for 26 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/05/2012      By: /s/NORMAN NEWMAN
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Ring 5 ct. | 1129-000 | 35,000.00 |
| 1975 Porsche - race car | 1129-000 | 125,100.00 |
| downstairs bedroom set and TV | 1129-000 | 249.99 |
| May prints (home) | 1129-000 | 19.99 |
| 5 Houser photographs (home) | 1129-000 | 499.95 |
| 2 Pasche Litographs | 1129-000 | 899.98 |
| Silk Screen Suck Cuts (home) | 1129-000 | 299.99 |
| Green Sculpture with large feet | 1129-000 | 19.99 |
| Chrono watch | 1129-000 | 139.99 |
| Glycine watch | 1129-000 | 149.99 |
| Weights and exercise equipment | 1129-000 | 1,086.00 |
| Set of Porsche wheels (home) | 1129-000 | 210.00 |
| Downstairs coffee table | 1229-000 | 149.99 |
| Interest Income | 1270-000 | 36.97 |
| **TOTAL GROSS RECEIPTS** | | **$163,862.83** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| James Oppenheimer | Claimed Exemption on Automobile | 8100-000 | 2,400.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$2,400.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Internal Revenue Service/Dept of Treasury | 4300-000 | N/A | 21,161.44 | 21,161.44 | 21,161.44 |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $21,161.44 | $21,161.44 | $21,161.44 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Norman B. Newman, Trustee | 2100-000 | N/A | 11,443.09 | 11,443.09 | 11,443.09 |
| Much Shelist, et.al. | 3110-000 | N/A | 32,534.00 | 32,534.00 | 32,534.00 |
| Much Shelist, et.al. | 3120-000 | N/A | 340.46 | 340.46 | 340.46 |
| FGMK, LLC | 3410-000 | N/A | 2,412.00 | 2,412.00 | 2,412.00 |
| James H. Oppenheimer | 2410-000 | N/A | 550.00 | 550.00 | 550.00 |
| Chicago Liquidators | 3991-000 | N/A | 12,510.00 | 12,510.00 | 12,510.00 |
| Chicago Liquidators Services, Inc. | 3992-000 | N/A | 2,138.45 | 2,138.45 | 2,138.45 |
| International Sureties, Ltd. | 2300-000 | N/A | 60.81 | 60.81 | 60.81 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 61,988.81 | 61,988.81 | 61,988.81 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | Leslie Oppenheimer | 5100-000 | N/A | 150,000.00 | 150,000.00 | 78,312.58 |
| 9P | Illinois Department of Revenue | 5800-000 | N/A | 19,070.65 | 19,070.65 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 169,070.65 | 169,070.65 | 78,312.58 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | The Leaders Bank | 7100-000 | N/A | 674,456.00 | 674,456.00 | 0.00 |
| 2 | SF Video, Inc. | 7100-000 | N/A | 235,981.15 | 235,981.15 | 0.00 |
| 5 | Illinois Department of Revenue | 7100-000 | N/A | 3,303.71 | 3,303.71 | 0.00 |
| 6 | Fia Card Services, NA/Bank of America | 7100-000 | N/A | 34,884.36 | 34,884.36 | 0.00 |
| 7 | Marci Forgrave | 7100-000 | N/A | 492,996.55 | 492,996.55 | 0.00 |
| 8 | Flexible Staffing Services, Inc. | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 9U | Illinois Department of Revenue | 7200-000 | N/A | 2,149.60 | 2,149.60 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 0.00 | 1,443,771.37 | 1,443,771.37 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 09-43177  
**Case Name:** OPPENHEIMER, JAMES H  

**Trustee:** (330560) NORMAN NEWMAN  
**Filed (f) or Converted (c):** 11/13/09 (f)  
**§341(a) Meeting Date:** 12/29/09  

**Period Ending:** 01/05/12  
**Claims Bar Date:** 04/26/10

| 1 Ref. # / Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) DA=§554(c) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| 1  Cash on hand | 64.00 | 64.00 | | 0.00 | FA |
| 2  Checking Accounts - Bank of America | 70.00 | 70.00 | | 0.00 | FA |
| 3  Outstanding Security Deposit companies, landlord | 4,000.00 | 4,000.00 | | 0.00 | FA |
| 4  Furniture<br>    Orig. Asset Memo: Imported from Amended Doc#: 26 | 850.00 | 0.00 | | 0.00 | FA |
| 5  Ring 5 ct. | 30,000.00 | 30,000.00 | | 35,000.00 | FA |
| 6  1975 Porsche - race car | 25,000.00 | 25,000.00 | | 125,100.00 | FA |
| 7  2 original Santos paintings | 200.00 | 0.00 | | 0.00 | FA |
| 8  Copy of Santos painting (home) | 30.00 | 0.00 | | 0.00 | FA |
| 9  Random letters painting (home) | 50.00 | 0.00 | | 0.00 | FA |
| 10  2 Palace copies (home) | 125.00 | 0.00 | | 0.00 | FA |
| 11  2 painting of Mickey Mouse (home) | 50.00 | 0.00 | | 0.00 | FA |
| 12  Original Mao painting | 10.00 | 0.00 | | 0.00 | FA |
| 13  2 original Boyd paintings (home) | 30.00 | 0.00 | | 0.00 | FA |
| 14  Painting of man with green hair (home) | 30.00 | 0.00 | | 0.00 | FA |
| 15  Photograph of Daffy Duck (home) | 5.00 | 0.00 | | 0.00 | FA |
| 16  Marilyn Monroe copy (home) | 10.00 | 0.00 | | 0.00 | FA |
| 17  Concert poster (home) | 10.00 | 0.00 | | 0.00 | FA |
| 18  African mask (home) | 10.00 | 0.00 | | 0.00 | FA |
| 19  Sculpture of large black man (home) | 10.00 | 0.00 | | 0.00 | FA |
| 20  Bent chair (home) | 25.00 | 0.00 | | 0.00 | FA |
| 21  Display faucets (home) | 20.00 | 0.00 | | 0.00 | FA |
| 22  downstairs bedroom set and TV | 200.00 | 200.00 | | 249.99 | FA |
| 23  May prints (home) | 20.00 | 20.00 | | 19.99 | FA |
| 24  Books, movies, music | 100.00 | 0.00 | | 0.00 | FA |
| 25  Model Cars | 100.00 | 0.00 | | 0.00 | FA |
| 26  3 original Buto paintings | 300.00 | 0.00 | | 0.00 | FA |

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-43177  
**Case Name:** OPPENHEIMER, JAMES H  

**Period Ending:** 01/05/12

**Trustee:** (330560) NORMAN NEWMAN  
**Filed (f) or Converted (c):** 11/13/09 (f)  
**§341(a) Meeting Date:** 12/29/09  
**Claims Bar Date:** 04/26/10

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 27 | 2 original Malinsky paintings | 50.00 | 0.00 | | 0.00 | FA |
| 28 | Original Ron English paintings | 75.00 | 0.00 | | 0.00 | FA |
| 29 | Drawing by unknown artist | 5.00 | 0.00 | | 0.00 | FA |
| 30 | Hack Painting (home) | 10.00 | 0.00 | | 0.00 | FA |
| 31 | Lrg. Wintrough painting (home) | 350.00 | 0.00 | | 0.00 | FA |
| 32 | 4 African pots (home) | 40.00 | 0.00 | | 0.00 | FA |
| 33 | Sculpture of Shark/girl | 20.00 | 0.00 | | 0.00 | FA |
| 34 | Sculpture of 3 white men (home) | 25.00 | 0.00 | | 0.00 | FA |
| 35 | Sculpture of 3 brightly colored women | 50.00 | 0.00 | | 0.00 | FA |
| 36 | Sculpture of lrg. yellow woman (home) | 5.00 | 0.00 | | 0.00 | FA |
| 37 | Sculptures of hanging heads by C. Cutts | 25.00 | 0.00 | | 0.00 | FA |
| 38 | Sculpture of man with swim cap (home) | 10.00 | 0.00 | | 0.00 | FA |
| 39 | Pots with ceramic flowers | 10.00 | 0.00 | | 0.00 | FA |
| 40 | 2 glass dog sculptures | 25.00 | 0.00 | | 0.00 | FA |
| 41 | Sculpture of giraffes (home) | 5.00 | 0.00 | | 0.00 | FA |
| 42 | Sculpture of winged man (home) | 25.00 | 0.00 | | 0.00 | FA |
| 43 | Sculpture of thinking man (home) | 20.00 | 0.00 | | 0.00 | FA |
| 44 | Sculpture of striped dogs (home) | 40.00 | 0.00 | | 0.00 | FA |
| 45 | Sculpture of ship (home) | 70.00 | 0.00 | | 0.00 | FA |
| 46 | 5 Houser photographs (home) | 500.00 | 500.00 | | 499.95 | FA |
| 47 | 2 Pasche Litographs | 250.00 | 250.00 | | 899.98 | FA |
| 48 | Silk Screen Suck Cuts (home) | 200.00 | 200.00 | | 299.99 | FA |
| 49 | Leapfrog Painting (home) | 100.00 | 100.00 | | 0.00 | FA |
| 50 | Moore painting - grey landscape | 20.00 | 0.00 | | 0.00 | FA |
| 51 | Obama Poster | 5.00 | 0.00 | | 0.00 | FA |
| 52 | Green Sculpture with large feet | 50.00 | 50.00 | | 19.99 | FA |
| 53 | Paneri writ watch | 800.00 | 0.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-43177  
**Case Name:** OPPENHEIMER, JAMES H  

**Period Ending:** 01/05/12

**Trustee:** (330560)   NORMAN NEWMAN  
**Filed (f) or Converted (c):** 11/13/09 (f)  
**§341(a) Meeting Date:** 12/29/09  
**Claims Bar Date:** 04/26/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 54  Chrono watch | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 55  Chrono watch | 1,500.00 | 1,500.00 | | 139.99 | FA |
| 56  Glycine watch | 1,200.00 | 1,200.00 | | 149.99 | FA |
| 57  bicycle (home) | 125.00 | 0.00 | | 0.00 | FA |
| 58  Camera (home) | 50.00 | 0.00 | | 0.00 | FA |
| 59  Pistol | 100.00 | 100.00 | | 0.00 | FA |
| 60  Weights and exercise equipment | 500.00 | 500.00 | | 1,086.00 | FA |
| 61  Potential FDCPA claims | Unknown | Unknown | | 0.00 | FA |
| 62  Breach of claim (employment contract) | Unknown | Unknown | | 0.00 | FA |
| 63  Potential suit against Skyline Media Packaging | Unknown | Unknown | | 0.00 | FA |
| 64  Set of Porsche wheels (home) | 100.00 | 100.00 | | 210.00 | FA |
| 65  Computer | 100.00 | 0.00 | | 0.00 | FA |
| 66  Downstairs coffee table (u) | 149.99 | 149.99 | | 149.99 | FA |
| 67  VOID  Orig. Asset Memo: Imported from Amended Doc#: 26 | 70.00 | 70.00 | | 0.00 | FA |
| 68  VOID  Orig. Asset Memo: Imported from Amended Doc#: 26 | 200.00 | 0.00 | | 0.00 | FA |
| 69  VOID  Orig. Asset Memo: Imported from Amended Doc#: 26 | 30.00 | 0.00 | | 0.00 | FA |
| 70  VOID  Orig. Asset Memo: Imported from Amended Doc#: 26 | 50.00 | 0.00 | | 0.00 | FA |
| 71  VOID  Orig. Asset Memo: Imported from Amended Doc#: 26 | 125.00 | 0.00 | | 0.00 | FA |
| 72  VOID  Orig. Asset Memo: Imported from Amended Doc#: 26 | 50.00 | 0.00 | | 0.00 | FA |

# Form 1

Page: 4

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-43177  
**Case Name:** OPPENHEIMER, JAMES H  

**Trustee:** (330560) NORMAN NEWMAN  
**Filed (f) or Converted (c):** 11/13/09 (f)  
**§341(a) Meeting Date:** 12/29/09  

**Period Ending:** 01/05/12  
**Claims Bar Date:** 04/26/10

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 73  VOID<br>   Orig. Asset Memo: Imported from Amended Doc#: 26 | 10.00 | 0.00 | | 0.00 | FA |
| 74  VOID<br>   Orig. Asset Memo: Imported from Amended Doc#: 26 | 30.00 | 0.00 | | 0.00 | FA |
| 75  VOID<br>   Orig. Asset Memo: Imported from Amended Doc#: 26 | 30.00 | 0.00 | | 0.00 | FA |
| 76  VOID<br>   Orig. Asset Memo: Imported from Amended Doc#: 26 | 5.00 | 0.00 | | 0.00 | FA |
| 77  VOID<br>   Orig. Asset Memo: Imported from Amended Doc#: 26 | 10.00 | 0.00 | | 0.00 | FA |
| 78  VOID<br>   Orig. Asset Memo: Imported from Amended Doc#: 26 | 10.00 | 0.00 | | 0.00 | FA |
| 79  VOID<br>   Orig. Asset Memo: Imported from Amended Doc#: 26 | 10.00 | 0.00 | | 0.00 | FA |
| 80  VOID<br>   Orig. Asset Memo: Imported from Amended Doc#: 26 | 10.00 | 0.00 | | 0.00 | FA |
| 81  VOID<br>   Orig. Asset Memo: Imported from Amended Doc#: 26 | 25.00 | 0.00 | | 0.00 | FA |
| 82  VOID<br>   Orig. Asset Memo: Imported from Amended Doc#: 26 | 20.00 | 0.00 | | 0.00 | FA |
| 83  VOID<br>   Orig. Asset Memo: Imported from Amended Doc#: 26 | 200.00 | 200.00 | | 0.00 | FA |
| 84  VOID | 20.00 | 20.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-43177  
**Case Name:** OPPENHEIMER, JAMES H  

**Period Ending:** 01/05/12

**Trustee:**    (330560)   NORMAN NEWMAN  
**Filed (f) or Converted (c):** 11/13/09 (f)  
**§341(a) Meeting Date:** 12/29/09  
**Claims Bar Date:** 04/26/10

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Orig. Asset Memo: Imported from Amended Doc#: 26 | | | | | |
| 85 | VOID<br>Orig. Asset Memo: Imported from Amended Doc#: 26 | 100.00 | 0.00 | | 0.00 | FA |
| 86 | VOID<br>Orig. Asset Memo: Imported from Amended Doc#: 26 | 100.00 | 0.00 | | 0.00 | FA |
| 87 | VOID<br>Orig. Asset Memo: Imported from Amended Doc#: 26 | 300.00 | 0.00 | | 0.00 | FA |
| 88 | VOID<br>Orig. Asset Memo: Imported from Amended Doc#: 26 | 50.00 | 0.00 | | 0.00 | FA |
| 89 | VOID<br>Orig. Asset Memo: Imported from Amended Doc#: 26 | 75.00 | 0.00 | | 0.00 | FA |
| 90 | VOID<br>Orig. Asset Memo: Imported from Amended Doc#: 26 | 5.00 | 0.00 | | 0.00 | FA |
| 91 | VOID<br>Orig. Asset Memo: Imported from Amended Doc#: 26 | 10.00 | 0.00 | | 0.00 | FA |
| 92 | VOID<br>Orig. Asset Memo: Imported from Amended Doc#: 26 | 350.00 | 0.00 | | 0.00 | FA |
| 93 | VOID<br>Orig. Asset Memo: Imported from Amended Doc#: 26 | 40.00 | 0.00 | | 0.00 | FA |
| 94 | VOID<br>Orig. Asset Memo: Imported from Amended Doc#: 26 | 20.00 | 0.00 | | 0.00 | FA |
| 95 | VOID<br>Orig. Asset Memo: Imported from Amended Doc#: | 25.00 | 0.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-43177  
**Case Name:** OPPENHEIMER, JAMES H  

**Trustee:** (330560) NORMAN NEWMAN  
**Filed (f) or Converted (c):** 11/13/09 (f)  
**§341(a) Meeting Date:** 12/29/09  

**Period Ending:** 01/05/12  
**Claims Bar Date:** 04/26/10

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | 26 | | | | | |
| 96 | VOID<br>Orig. Asset Memo: Imported from Amended Doc#: 26 | 50.00 | 0.00 | | 0.00 | FA |
| 97 | VOID<br>Orig. Asset Memo: Imported from Amended Doc#: 26 | 5.00 | 0.00 | | 0.00 | FA |
| 98 | VOID<br>Orig. Asset Memo: Imported from Amended Doc#: 26 | 25.00 | 0.00 | | 0.00 | FA |
| 99 | VOID<br>Orig. Asset Memo: Imported from Amended Doc#: 26 | 10.00 | 0.00 | | 0.00 | FA |
| 100 | VOID<br>Orig. Asset Memo: Imported from Amended Doc#: 26 | 10.00 | 0.00 | | 0.00 | FA |
| 101 | VOID<br>Orig. Asset Memo: Imported from Amended Doc#: 26 | 25.00 | 0.00 | | 0.00 | FA |
| 102 | VOID<br>Orig. Asset Memo: Imported from Amended Doc#: 26 | 5.00 | 0.00 | | 0.00 | FA |
| 103 | VOID<br>Orig. Asset Memo: Imported from Amended Doc#: 26 | 25.00 | 0.00 | | 0.00 | FA |
| 104 | VOID<br>Orig. Asset Memo: Imported from Amended Doc#: 26 | 20.00 | 0.00 | | 0.00 | FA |
| 105 | VOID<br>Orig. Asset Memo: Imported from Amended Doc#: 26 | 40.00 | 0.00 | | 0.00 | FA |
| 106 | VOID<br>Orig. Asset Memo: Imported from Amended Doc#: 26 | 70.00 | 0.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-43177  
**Case Name:** OPPENHEIMER, JAMES H  

**Trustee:** (330560) NORMAN NEWMAN  
**Filed (f) or Converted (c):** 11/13/09 (f)  
**§341(a) Meeting Date:** 12/29/09  

**Period Ending:** 01/05/12  

**Claims Bar Date:** 04/26/10

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 107 | VOID  Orig. Asset Memo: Imported from Amended Doc#: 26 | 10.00 | 10.00 | | 0.00 | FA |
| 108 | VOID  Orig. Asset Memo: Imported from Amended Doc#: 26 | 500.00 | 500.00 | | 0.00 | FA |
| 109 | VOID  Orig. Asset Memo: Imported from Amended Doc#: 26 | 250.00 | 250.00 | | 0.00 | FA |
| 110 | VOID  Orig. Asset Memo: Imported from Amended Doc#: 26 | 200.00 | 200.00 | | 0.00 | FA |
| 111 | VOID  Orig. Asset Memo: Imported from Amended Doc#: 26 | 100.00 | 100.00 | | 0.00 | FA |
| 112 | VOID  Orig. Asset Memo: Imported from Amended Doc#: 26 | 20.00 | 20.00 | | 0.00 | FA |
| 113 | VOID  Orig. Asset Memo: Imported from Amended Doc#: 26 | 5.00 | 5.00 | | 0.00 | FA |
| 114 | VOID  Orig. Asset Memo: Imported from Amended Doc#: 26 | 50.00 | 50.00 | | 0.00 | FA |
| 115 | VOID  Orig. Asset Memo: Imported from Amended Doc#: 26 | 800.00 | 800.00 | | 0.00 | FA |
| 116 | VOID  Orig. Asset Memo: Imported from Amended Doc#: 26 | 30,000.00 | 30,000.00 | | 0.00 | FA |
| 117 | VOID  Orig. Asset Memo: Imported from Amended Doc#: 26 | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 118 | VOID | 1,500.00 | 1,500.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-43177  
**Case Name:** OPPENHEIMER, JAMES H  

**Period Ending:** 01/05/12

**Trustee:** (330560) NORMAN NEWMAN  
**Filed (f) or Converted (c):** 11/13/09 (f)  
**§341(a) Meeting Date:** 12/29/09  
**Claims Bar Date:** 04/26/10

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| Orig. Asset Memo: Imported from Amended Doc#: 26 | | | | | |
| 119  VOID<br>Orig. Asset Memo: Imported from Amended Doc#: 26 | 1,200.00 | 1,200.00 | | 0.00 | FA |
| 120  VOID<br>Orig. Asset Memo: Imported from Amended Doc#: 26 | 125.00 | 125.00 | | 0.00 | FA |
| 121  VOID<br>Orig. Asset Memo: Imported from Amended Doc#: 26 | 50.00 | 50.00 | | 0.00 | FA |
| 122  VOID<br>Orig. Asset Memo: Imported from Amended Doc#: 26 | 100.00 | 100.00 | | 0.00 | FA |
| 123  VOID<br>Orig. Asset Memo: Imported from Amended Doc#: 26 | 500.00 | 500.00 | | 0.00 | FA |
| 124  VOID<br>Orig. Asset Memo: Imported from Amended Doc#: 26 | Unknown | 0.00 | | 0.00 | 0.00 |
| 125  VOID<br>Orig. Asset Memo: Imported from Amended Doc#: 26 | Unknown | 0.00 | | 0.00 | 0.00 |
| 126  VOID<br>Orig. Asset Memo: Imported from Amended Doc#: 26 | 25,000.00 | 25,000.00 | | 0.00 | FA |
| 127  VOID<br>Orig. Asset Memo: Imported from Amended Doc#: 26 | 100.00 | 100.00 | | 0.00 | FA |
| 128  VOID<br>Orig. Asset Memo: Imported from Amended Doc#: 26 | 100.00 | 100.00 | | 0.00 | FA |
| 129  VOID<br>Orig. Asset Memo: Imported from Amended Doc#: | 0.00 | 0.00 | | 0.00 | 0.00 |

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 9

**Case Number:** 09-43177  
**Case Name:** OPPENHEIMER, JAMES H  

**Period Ending:** 01/05/12

**Trustee:** (330560) NORMAN NEWMAN  
**Filed (f) or Converted (c):** 11/13/09 (f)  
**§341(a) Meeting Date:** 12/29/09  
**Claims Bar Date:** 04/26/10

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| | 26 | | | | | |
| Int | INTEREST (u) | Unknown | N/A | | 36.97 | FA |
| 130 | **Assets** Totals (Excluding unknown values) | **$132,803.99** | **$126,903.99** | | **$163,862.83** | **$0.00** |

**Major Activities Affecting Case Closing:**

Sold vehicle, diamond ring and miscellaneous personal property. Hired accountant to prepare tax returns.

**Initial Projected Date Of Final Report (TFR):** June 11, 2010   **Current Projected Date Of Final Report (TFR):** September 23, 2011 (Actual)

Case 09-43177    Doc 85    Filed 01/05/12    Entered 01/05/12 12:35:00    Desc Main
Document      Page 15 of 17

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 09-43177
**Case Name:** OPPENHEIMER, JAMES H

**Taxpayer ID #:** **-***5592
**Period Ending:** 01/05/12

**Trustee:** NORMAN NEWMAN (330560)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******95-65 - Money Market Account
**Blanket Bond:** $5,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 05/25/10 | {5} | Trabert & Haeffer Jewels | Payment for Diamond Ring | 1129-000 | 35,000.00 | | 35,000.00 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.40 | | 35,000.40 |
| 06/30/10 | {6} | Chicago Liquidators Services, Inc. | Sale of Porsche | 1129-000 | 125,100.00 | | 160,100.40 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.01 | | 160,102.41 |
| 07/08/10 | {6} | Chicago Liquidators Services, Inc. | Non-Sufficient Funds | 1129-000 | -125,100.00 | | 35,002.41 |
| 07/16/10 | {6} | Chicago Liquidators Services, Inc. | Replacement check for purchase of Porsche | 1129-000 | 125,100.00 | | 160,102.41 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 6.88 | | 160,109.29 |
| 08/11/10 | 1001 | Chicago Liquidators | Commission for Sale of Porsche Voided on 08/31/10 | 3991-000 | | 12,510.00 | 147,599.29 |
| 08/11/10 | 1002 | James H. Oppenheimer | Post-petition storage fees regarding Porsche | 2410-000 | | 550.00 | 147,049.29 |
| 08/11/10 | 1003 | Leslie Oppenheimer | 1/2 of the net proceeds re: sale of Porsche (Pursuant to Marital Settlement Agr.) | 5100-000 | | 56,295.00 | 90,754.29 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 7.68 | | 90,761.97 |
| 08/31/10 | 1001 | Chicago Liquidators | Commission for Sale of Porsche Voided: check issued on 08/11/10 | 3991-000 | | -12,510.00 | 103,271.97 |
| 08/31/10 | 1004 | Chicago Liquidators | Commission for Sale of Porsche (Reissued) | 3991-000 | | 12,510.00 | 90,761.97 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.29 | | 90,764.26 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.30 | | 90,766.56 |
| 11/05/10 | 1005 | James Oppenheimer | Claimed Exemption on Automobile | 8100-000 | | 2,400.00 | 88,366.56 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.19 | | 88,368.75 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.25 | | 88,371.00 |
| 01/04/11 | 1006 | Chicago Liquidators Services, Inc. | Expenses Incurred from Sale of Personal Property | 3992-000 | | 2,138.45 | 86,232.55 |
| 01/26/11 | 1007 | Much Shelist, et.al. | Interim Fees for the period 12/02/09 through 11/30/10 | 3110-000 | | 25,498.00 | 60,734.55 |
| 01/26/11 | 1008 | Much Shelist, et.al. | Interim Expenses for the period 12/2/09 through 11/30/10 | 3120-000 | | 299.66 | 60,434.89 |
| 01/27/11 | | Chicago Liquidators | Sale of Personal Property | | 3,725.86 | | 64,160.75 |
| | {22} | | Sony TV  249.99 | 1129-000 | | | 64,160.75 |
| | {66} | | Distressed coffee table  149.99 | 1229-000 | | | 64,160.75 |
| | {46} | | Houser paintings  499.95 | 1129-000 | | | 64,160.75 |
| | {47} | | Pasche litographs  899.98 | 1129-000 | | | 64,160.75 |
| | {48} | | Silk screen cuts  299.99 | 1129-000 | | | 64,160.75 |
| | {52} | | Green sculpture  19.99 | 1129-000 | | | 64,160.75 |
| | {55} | | Chrono watch  139.99 | 1129-000 | | | 64,160.75 |
| | {56} | | Glycine watch  149.99 | 1129-000 | | | 64,160.75 |
| | {60} | | Weights/treadmill  1,086.00 | 1129-000 | | | 64,160.75 |

Subtotals :     $163,851.86     $99,691.11

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 09-43177 |
| **Case Name:** | OPPENHEIMER, JAMES H |
| **Taxpayer ID #:** | **-***5592 |
| **Period Ending:** | 01/05/12 |

| | |
|---|---|
| **Trustee:** | NORMAN NEWMAN (330560) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******95-65 - Money Market Account |
| **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| | {64} | | Wheels | 210.00 | 1129-000 | | | 64,160.75 |
| | {23} | | May print | 19.99 | 1129-000 | | | 64,160.75 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | | 1270-000 | 2.12 | | 64,162.87 |
| 02/15/11 | 1009 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/15/2011 FOR CASE #09-43177, Bond #016026455 | | 2300-000 | | 60.81 | 64,102.06 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | | 1270-000 | 1.47 | | 64,103.53 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | | 1270-000 | 1.63 | | 64,105.16 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | | 1270-000 | 1.58 | | 64,106.74 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | | 1270-000 | 1.63 | | 64,108.37 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.52 | | 64,108.89 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.54 | | 64,109.43 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.54 | | 64,109.97 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.52 | | 64,110.49 |
| 10/25/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | | 1270-000 | 0.42 | | 64,110.91 |
| 10/25/11 | | To Account #9200******9566 | Account Transfer | | 9999-000 | | 64,110.91 | 0.00 |
| | | | **ACCOUNT TOTALS** | | | 163,862.83 | 163,862.83 | $0.00 |
| | | | Less: Bank Transfers | | | 0.00 | 64,110.91 | |
| | | | **Subtotal** | | | 163,862.83 | 99,751.92 | |
| | | | Less: Payments to Debtors | | | | 2,400.00 | |
| | | | **NET Receipts / Disbursements** | | | **$163,862.83** | **$97,351.92** | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 09-43177  
**Case Name:** OPPENHEIMER, JAMES H  

**Taxpayer ID #:** **-***5592  
**Period Ending:** 01/05/12  

**Trustee:** NORMAN NEWMAN (330560)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******95-66 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/25/11 | | From Account #9200******9565 | Account Transfer | 9999-000 | 64,110.91 | | 64,110.91 |
| 10/25/11 | 101 | Internal Revenue Service/Dept of Treasury | Final Distribtuion Allowed by the Bankruptcy Court on Filed Claim. | 4300-000 | | 21,161.44 | 42,949.47 |
| 10/25/11 | 102 | Norman B. Newman, Trustee | Dividend paid 100.00% on $11,443.09, Trustee Compensation;  Reference: | 2100-000 | | 11,443.09 | 31,506.38 |
| 10/25/11 | 103 | Much Shelist, et.al. | Dividend paid 100.00% on $32,534.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 7,036.00 | 24,470.38 |
| 10/25/11 | 104 | Much Shelist, et.al. | Dividend paid 100.00% on $340.46, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 40.80 | 24,429.58 |
| 10/25/11 | 105 | FGMK, LLC | Dividend paid 100.00% on $2,412.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 2,412.00 | 22,017.58 |
| 10/25/11 | 106 | Leslie Oppenheimer | Final Distribtuion Allowed by the Bankruptcy Court on Filed Claim. | 5100-000 | | 22,017.58 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | 64,110.91 | 64,110.91 | $0.00 |
| Less: Bank Transfers | 64,110.91 | 0.00 | |
| **Subtotal** | 0.00 | 64,110.91 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$64,110.91** | |

| Net Receipts : | 163,862.83 |
|---|---|
| Net Estate : | $163,862.83 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # 9200-******95-65** | 163,862.83 | 97,351.92 | 0.00 |
| **Checking # 9200-******95-66** | 0.00 | 64,110.91 | 0.00 |
| | $163,862.83 | $161,462.83 | $0.00 |

{} Asset reference(s)

Printed: 01/05/2012 12:36 PM    V.12.57